## LIST OF EXHIBITS AND WITNESSES

| Case Number | CR 15-511(A)-DMG | | Title | United States of America v. Berry Kabov, et al. |
|---|---|---|---|---|
| **Judge** | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE | | | |
| **Dates of Trial or Hearing** | 1/3/17 - 1/6/17; 1/9/17 - 1/13/17; 1/17/17 - 1/20/17; 1/23/17 | | | |
| **Court Reporters or Tape No.** | Anne Kielwasser; Carol Zurborg | | | |
| **Deputy Clerks** | Kane Tien; Ingrid Valdes | | | |

FILED
CLERK, U.S. DISTRICT COURT

**Jan 23, 2017**

CENTRAL DISTRICT OF CALIFORNIA
BY: ____KT____ DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Benjamin R. Barron, AUSA | 1) Victor Sherman, Rtnd. |
| Matthew W. O'Brien, AUSA | 2) Marc S. Nurik, Rtnd. |
| Ryan H. Weinstein, AUSA | 3) Victor Sherman, Rtnd. |
| | 3) Herbert L. Weinberg, Rtnd. |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| **Ex. No.** | **Id.** | **Ev.** | **Ex. No.** | **Id.** | **Ev** | | |
| | | | | | | SEE ATTACHED EXHIBITS AND WITNESS LISTS | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

UNITED STATES v. BERRY KABOV, et al.

CR NO. 15-511(A)-DMG

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 001-049 SUMMARY AND MISCELLANEOUS EXHIBITS | | | |
| 1 | Disk containing CURES data | JAN - 4 2017 | |
| 2 | ARCOS data | JAN - 4 2017 | JAN - 4 2017 |
| 3 | CURES chart: identity theft witnesses | JAN 1 3 2017 | JAN 1 3 2017 |
| 4 | CURES chart: Oxycodone | JAN 1 3 2017 | JAN 1 3 2017 |
| 5 | CURES chart: Hydromorphone | JAN 1 3 2017 | JAN 1 3 2017 |
| 6 | CURES chart: Hydrocodone | JAN 1 3 2017 | JAN 1 3 2017 |
| 7 | CURES chart: Amphetamines | JAN 1 3 2017 | JAN 1 3 2017 |
| 8 | CURES chart: Gettel and Doye | JAN 1 3 2017 | JAN 1 3 2017 |
| 9 | GCP Dates of Submissions to CURES | JAN - 4 2017 | JAN - 4 2017 |
| 10 | Pie chart: CURES and public record cross-check | JAN 1 0 2017 | JAN 1 0 2017 |
| 11 | Pills acquired but not reported (by year) | JAN 1 0 2017 | JAN 1 0 2017 |
| 12 | Pills acquired but not reported (total) | | |
| 13 | Pills acquired but not reported (by drug) | JAN 1 0 2017 | JAN 1 0 2017 |
| 14 | Combined differential between CURES and ARCOS | JAN 1 0 2017 | JAN 1 0 2017 |
| 20 | Map of commercial mailboxes relative to GCP and Kabov residences | JAN - 5 2017 | JAN - 5 2017 |
| 15 | Patient/Client Activity: Consolidated Report | JAN - 4 2017 | JAN - 4 2017 |
| 16 | Summary of Exh #511 | JAN 1 7 2017 | JAN 1 7 2017 |
| 17 | Text Message Berry Kabov | JAN 1 7 2017 | JAN 1 7 2017 |
| 18 | Uncertified Copy Westside Registration | | |

1

<u>UNITED STATES v. BERRY KABOV, et al.</u>

CR NO. 15-511(A)-DMG

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 21 | Map of Altamirano office locations relative to GCP | JAN 1 7 2017 | JAN 1 7 2017 |
| 22 | Map of Ohio deposits and LA withdrawals, December 2011 | JAN 1 0 2017 | JAN 1 0 2017 |
| 23 | Map of August 2012 trip per American Express records | JAN 1 7 2017 | JAN 1 7 2017 |
| 25 | Summary chart: of Ohio deposits and LA withdrawals, December 2011 | JAN 1 0 2017 | JAN 1 0 2017 |
| 26 | Transaction summary charts for Section 1957 counts | JAN 1 0 2017 | JAN 1 0 2017 |
| 30 | Deposits into Kabov accounts, 2011 through 2014 | JAN - 9 2017 | JAN - 9 2017 |
| 31 | Actual receipts versus Income reported to IRS, 2011 through 2014 | JAN - 6 2017 | JAN - 6 2017 |
| 32 | Actual receipts versus receipts reported to IRS, 2011 through 2014 | JAN - 6 2017 | JAN - 6 2017 |
| 33 | Kabovs reported income from GCP partnership | JAN - 9 2017 | JAN - 9 2017 |
| 34 | Kabovs total reported income | JAN - 9 2017 | JAN - 9 2017 |
| 35 | Chart of opioid relative potencies | JAN - 4 2017 | JAN - 4 2017 |
| 36 | Average street value of controlled prescription drugs in 2012 through 2014 | JAN - 4 2017 | JAN - 4 2017 |
| 37 | Chart of street value of pills acquired but not reported dispenses in 2012 through 2014 | JAN 1 0 2017 | JAN 1 0 2017 |

UNITED STATES v. BERRY KABOV, et al.

CR NO. 15-511(A)-DMG

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 38 | Kabovs' personal expenditures versus income reported to the IRS in 2011 through 2014 | JAN - 9 2017 | JAN - 9 2017 |
| 40 | Joseph Altamarino DMV record | JAN 17 2017 | JAN 17 2017 |
| 41 | Obaidullah Ahmadi DMV record | | |
| 42 | B. Kabov and D. Kabov DMV records | JAN - 6 2017 | JAN 13 2017 |
| 43 | April 2013 seized steroids | | |
| 44 | Gary Margolis records | JAN 17 2017 | JAN 17 2017 |
| 45 | February 20, 2014 at 10:38 a.m., email from Cash Doyle to Court Gettel and Dabo Kabov | | |
| 46 | Translated (Macedonian to English) text messages from August 16-17, 2012 | JAN - 4 2017 | JAN 17 2017 |
| 47 | Translated (Macedonian to English) text messages from January 8, 2013 | JAN - 4 2017 | JAN 17 2017 |
| 48 | Translated (Macedonian to English) text messages from January 15, 2014 | JAN - 4 2017 | JAN 17 2017 |
| 49 | Translated (Macedonian to English) text messages from January 6, 2015 | JAN - 4 2017 | JAN 17 2017 |
| | | | |
| | | | |
| 050-099 OHIO EVIDENCE | | | |
| 50 | Ohio CS Recording Track 1 | JAN - 5 | JAN - 5 2017 |
| 51 | Ohio CS Recording Track 6 | JAN - 5 | JAN - 5 2017 |

3

## UNITED STATES v. BERRY KABOV, et al.

### CR NO. 15-511(A)-DMG

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 52 | Ohio CS Recording Track 8 | JAN - 5 2017 | JAN - 5 2017 |
| 53 | Ohio CS Recording Track 11 | JAN - 5 2017 | JAN - 5 2017 |
| 54 | Ohio CS Recording Track 13 | - 5 2017 | JAN - 5 2017 |
| 55 | Ohio CS Recording Track 15 | JAN - 5 2017 | JAN - 5 2017 |
| 56 | Ohio CS Recording Track 16 | - 5 2017 | JAN - 5 2017 |
| 57 | Ohio CS Recording Track 17 | - 5 2017 | JAN - 5 2017 |
| 58 | Ohio CS Recording Track 23 | JAN - 5 2017 | JAN - 5 2017 |
| 59 | Ohio CS Recording Track 24 | JAN - 5 2017 | JAN - 5 2017 |
| 60 | Timeline of Ohio USPIS Seizures | JAN - 4 2017 | JAN - 5 2017 |
| 61 | Images of December 6, 2011, Ohio cash parcel (1) | JAN - 4 2017 | JAN - 4 2017 |
| 62 | Images of December 6, 2011, Ohio cash parcel (2) | JAN - 4 2017 | JAN - 4 2017 |
| 63 | Images of December 7, 2011, Ohio cash parcel (1) | JAN - 4 2017 | JAN - 4 2017 |
| 64 | Images of December 7, 2011, Ohio cash parcel (2) | JAN - 4 2017 | JAN - 4 2017 |
| 65 | Images of January 11, 2012, Ohio oxycodone parcel | JAN - 4 2017 | JAN - 4 2017 |
| 66 | Images of January 14, 2012, Ohio oxycodone parcel | JAN - 4 2... | JAN - 4 2017 |
| 67 | Images of January 18, 2012, Ohio cash parcel (1) | JAN - 4 2017 | JAN - 4 2017 |

4

## UNITED STATES v. BERRY KABOV, et al.

### CR NO. 15-511(A)-DMG

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 68 | Images of January 18, 2012, Ohio cash parcel (2) | JAN – 4 2017 | JAN – 4 2017 |
| 69 | Images of May 31, 2012, Ohio oxycodone parcel | JAN – 5 2017 | JAN – 5 2017 |
| 70 | Labels/records re June 6, 2012 Ohio money shipment | JAN – 5 2017 | JAN – 5 2017 |
| 71.1 71.2 71.3 | January 2012 seized oxycodone | JAN – 4 2017 | JAN – 4 2017 |
| 72 | Images from Ohio trash seizure | JAN – 5 2017 | JAN – 5 2017 |
| 73 | Images of Ohio shipping labels | JAN – 5 2017 | JAN – 5 2017 |
| 74 | Ohio CS call log notes | | |
| 75 | January 19, 2012, parcel (IS00006225675) | JAN – 4 2017 | JAN – 4 2017 |
| 76 | January 11, 2012, parcel (IS0000622566) | JAN – 4 2017 | JAN – 4 2017 |
| 77 | Trash search parcel (IS0000623009) | JAN – 5 2017 | JAN – 5 2017 |
| 78 | May 31, 2012 parcel | JAN – 5 2017 | JAN – 5 2017 |
| 79 | May 31, 2012 seized oxycodone | JAN – 5 2017 | JAN – 5 2017 |
| 80 | Dalibor Kabov fingerprint cards | JAN – 4 2017 | JAN – 4 2017 |
| 81 | USPIS fingerprint image of latent print (IS0000622565) | JAN – 5 2017 | JAN – 5 2017 |
| 82 | USPIS fingerprint image of latent print (IS0000622565) - enhanced | JAN – 5 2017 | JAN – 5 2017 |
| 83 | USPIS fingerprint image of latent prints (IS0000622566) | JAN – 5 2017 | JAN – 5 2017 |

UNITED STATES v. BERRY KABOV, et al.

CR NO. 15-511(A)-DMG

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 84 | USPIS fingerprint image of latent prints (IS0000622566) – enhanced | JAN – 5 2017 | JAN – 5 2017 |
| 85 | USPIS fingerprint image of latent print (IS0000623009) | JAN – 5 2017 | JAN – 5 2017 |
| 86 | USPIS fingerprint image of latent print (IS0000623009) – enhanced | JAN – 5 2017 | JAN – 5 2017 |
| 87 | Pratt Notes (January 2014) | | |
| 88 | Pratt notes (September 2016) | | |
| 89 | USPIS latent print logs | | |
| 90 | Disk of Nico Voice Exemplar Recording | JAN – 6 2017 | JAN – 6 2017 |
| 91 | Call Log | | |
| 92 | Forfeiture Notification Logs | | |
| | | | |
| 100-199 FINANCIAL RECORDS | | | |
| 100 | Chase - Signature Card | JAN 1 0 2017 | JAN 1 0 2017 |
| 101 | Chase - December 2011, Deposits and Withdrawals with Branch | JAN 1 0 2017 | JAN 1 0 2017 |
| 102 | Chase - December 2011, Deposit and Withdrawal Slips | JAN 1 0 2017 | JAN 1 0 2017 |
| 103 | Chase – November 22, 2011 to December 20, 2011 Statement | JAN 1 0 2017 | JAN 1 0 2017 |
| 104 | Chase - December 2011, Deposit and Withdrawal Slips (2) | JAN 1 0 2017 | JAN 1 0 2017 |

6

## UNITED STATES v. BERRY KABOV, et al.

### CR NO. 15-511(A)-DMG

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---------|-------------|-----------------|---------------|
| 105 | Chase - November 22, 2011 through December 20, 2011 Statement | JAN 1 0 2017 | JAN 1 0 2017 |
| 120 | WFB 2276, combined statements July 22, 2011 through August 18, 2011 | JAN 1 0 2017 | JAN 1 0 2017 |
| 121 | WFB 2276, combined statements August 19, 2011 through September 21, 2011 | JAN -9 2017 | JAN -9 2017 |
| 122 | WFB 2276, Berry Kabov August 2, 2011, withdrawal slip | JAN 1 0 2017 | JAN 1 0 2017 |
| 130 | WFB Business Account, Signature Cards | JAN 1 0 2017 | JAN 1 0 2017 |
| 131 | WFB 5858, January 2012 Statement | JAN 1 0 2017 | 1 0 2017 |
| 132 | WFB 5858, February 2012 Statement | JAN 1 0 2017 | JAN 1 0 2017 |
| 133 | WFB 5858, March 2012 Statement | JAN 1 0 2017 | JAN 1 0 2017 |
| 134 | WFB 5858, March 13, 2012 Withdrawal Slip | JAN 1 0 2017 | JAN 1 0 2017 |
| 135 | WFB 5858, April 2012 Statement | JAN 1 0 2017 | JAN 1 0 2017 |
| 136 | WFB 5858, May 2012 Statement | JAN 1 0 2017 | JAN 1 0 2017 |
| 137 | WFB 5858, September 2012 Statement | JAN 1 0 2017 | JAN 1 0 2017 |
| 150 | AMEX KABOV Application | JAN 1 0 2017 | JAN 1 0 2017 |
| 151 | AMEX January-February 2012 Statement | JAN -9 2017 | JAN -9 2017 |
| 152 | AMEX February-March 2012 Statement | JAN 1 0 2017 | JAN 1 0 2017 |
| 153 | AMEX March-April 2012 Statement | JAN 1 0 2017 | JAN 1 0 2017 |
| 154 | AMEX April-May 2012 Statement | JAN 1 0 2017 | JAN 1 0 2017 |

## UNITED STATES v. BERRY KABOV, et al.

### CR NO. 15-511(A)-DMG

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 155 | AMEX May-June 2012 Statement | JAN 1 0 2017 | JAN 1 0 2017 |
| 156 | AMEX July-August 2012 and August-September 2012 Statements | JAN 1 0 2017 | JAN 1 0 2017 |
| 157 | AMEX September-October 2012 Statement | JAN 1 0 2017 | JAN 1 0 2017 |
| 158 | AMEX March-April 2013 Statement | JAN 1 0 2017 | JAN 1 0 2017 |
| 170 | CMIR records | JAN - 9 2017 | JAN - 9 2017 |
| 190 | 902(11) Declaration - Chase | | |
| 191 | 902(11) Declaration - Chase (WAMU) | | |
| 192 | 902(11) Declaration - WFB | | |
| 193 | 902(11) Declaration - AMEX | | |
| | | | |
| | | | |
| 200-247 BUSINESS RECORDS | | | |
| 200 | Montage Laguna Beach Record for Berry Kabov for May 2012 | JAN - 5 2017 | JAN 1 0 2017 |
| 201 | 902(11) Declaration of Business Records from Montage | | |
| 202 | Hyatt Regency Columbus Record for Dalibor Kabov for August 2012 | JAN 1 7 2017 | JAN 1 7 2017 |
| 203 | 902(11) Declaration of Business Record from Hyatt Columbus Record | | |
| 204 | Enterprise Rent A Car Record for Berry Kabov for August 2012 | JAN 1 7 2017 | JAN 1 7 2017 |

159  AMEX Statements March April 2013  JAN 1 7 2017  JAN 1 7 2017

## UNITED STATES v. BERRY KABOV, et al.

### CR NO. 15-511(A)-DMG

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 205 | 902(11) Declaration of Business Record from Enterprise Rent A Car | | |
| 206 | Western Union - China payments made by Berry Kabov from 2012 through 2015 | JAN 1 7 2017 | JAN 1 7 2017 |
| 207 | 902(11) Declaration of Business Records from Western Union | | |
| 208 | Bud's Chevrolet Buick Inc., Purchase Record for 2012 Chevrolet Corvette by Dalibor Kabov in March 2012 | JAN - 9 2017 | JAN - 9 2017 |
| 209 | 902(11) Declaration of Business Records from Bud's Chevrolet Buick Inc. | | |
| 210 | Anda Records | JAN 1 0 2017 | JAN 1 0 2017 |
| 211 | 902(11) Declaration of Business Records from Anda | | |
| 212 | McKesson Records | JAN 1 3 2017 | JAN 1 3 2017 |
| 213 | 902(11) Declaration of Business Records from McKesson | | |
| 214 | Valley Wholesale Records | JAN - 9 2017 | JAN - 9 2017 |
| 215 | 902(11) Declaration of Business Records from Valley Wholesale | JAN - 9 2017 | |
| 216 | Auburn Records | | |
| 217 | 902(11) Declaration of Business Records from Auburn | | |
| 218 | EZ Track It Records | JAN 1 7 2017 | JAN 1 7 2017 |

## UNITED STATES v. BERRY KABOV, et al.

### CR NO. 15-511(A)-DMG

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 219 | 902(11) EZ Track It | | |
| 220 | Pharmacy Technician Certification Board Guidebook | | |
| 221 | 902(11) Declaration of Business Records from Pharmacy Technician Certification Board | | |
| 222 | UPS Records | | |
| 223 | 901(11) Declaration from UPS | | |
| | | | |
| | | | |
| 225-249 STIPULATIONS | | | |
| 225 | First Stipulation regarding Authenticity of Evidence - Docket 63 | | |
| 226 | Revised Stipulation regarding Authenticity of Evidence - Docket 66 | | |
| 227 | Second Stipulation regarding Authenticity -Docket 85 | | |
| 228 | Third Stipulation regarding Authenticity of Evidence - Docket 84 | | |
| 229 | Fourth Stipulation regarding Authenticity of Evidence - Docket 86 | | |
| 230 | Stipulation re Chemical Analysis | JAN - 3 2017 | JAN - 3 2017 |
| 231 | Stipulation re FDIC Certification, Bank Interstate Nexus, Licensure, Residential Leases, and E-Mails | JAN - 3 201 | JAN - 3 2017 |

<u>UNITED STATES v. BERRY KABOV, et al.</u>

CR NO. 15-511(A)-DMG

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| | | | |
| | | | |
| 250-299 PHARMACY BOARD RECORDS, LAB REPORTS, AND PUBLIC RECORDS | | | |
| 250 | January 2012 Inspection Report | JAN 11 2017 | JAN 11 2017 |
| 251 | January 2013 Inspection Report | JAN 11 2017 | JAN 11 2017 |
| 252 | January 2014 Inspection Report | JAN 11 2017 | JAN 11 2017 |
| 253 | Prescriptions obtained from GCP (January 2014 Inspection) | JAN -5 2017 | JAN 11 2017 |
| 254 | January 2014 Citation | JAN 11 2017 | JAN 11 2017 |
| 255 | January 2015 Inspection Report | JAN 11 2017 | JAN 11 2017 |
| 256 | GCP Prescriptions (Kaur Inspection) | JAN 11 2017 | JAN 11 2017 |
| 257 | GCP Compounding Records (Kaur Inspection) | JAN 11 2017 | JAN 11 2017 |
| 258 | GCP Signature Logs (1) (Kaur Inspection) | | |
| 259 | GCP Signature Logs (2) (Kaur Inspection) | JAN -5 2017 | JAN -6 2017 |
| 260 | California State Board of California, Application for Registration as a Pharmacy Technician (Dalibor Kabov) | JAN 12 2017 | JAN 12 2017 |
| 270 | GCP Federal Registration Records | | |

11

## UNITED STATES v. BERRY KABOV, et al.

### CR NO. 15-511(A)-DMG

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---------|-------------|-----------------|---------------|
| 271 | State of California, Secretary of State, Limited Liability Company Articles of Organization for Global Compounding Pharmacy, filed on December 28, 2010 | | |
| 279 | DEA Chemical Analysis Report regarding DEA Ex. 1-R (April 2013 steroid seizure) | | |
| 280 | Chemical Analysis Report regarding DEA Ex. 62 | | |
| 281 | Chemical Analysis Report regarding DEA Ex. 141 | | |
| 282 | Chemical Analysis Report regarding DEA Ex. 75 | | |
| 283 | Chemical Analysis Report regarding DEA Ex. 65 | | |
| 284 | Chemical Analysis Report regarding DEA Ex. 102 | | |
| 285 | Chemical Analysis Report regarding DEA Ex. 117 | | |
| 287 | Chemical Analysis Report regarding April 2014 steroid seizure | JAN - 9 2017 | JAN - 9 2017 |
| 288 | Chemical Analysis of Ohio USPIS seizures | | |
| 289 | Dale Forrester, laboratory notes | | |
| 290 | Kalantar Inspection Report | | |
| 291 | Kalantar Inspection (Image) | JAN 1 1 | JAN 1 1 2017 |

12

## UNITED STATES v. BERRY KABOV, et al.

### CR NO. 15-511(A)-DMG

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 292 | Kalantar Inspection (GCP Employee Training/Evaluation/Certification Form) | JAN 1 1 2017 | JAN 1 1 2017 |
| 293 | Kalantar Inspection (Gajjar Declaration) | | |
| 294 | Kalantar Inspection (Compounding Records) | JAN 1 1 2017 | JAN 1 1 2017 |
| 295 | Kaur Inspection (Findings from drug inventory review) | | |
| 296 | Chemical Analysis Report regarding DEA Ex. 142 | | |
| | | | |
| | | | |
| **300-399 Tax Records** | | | |
| 300 | 1040, 2011 Tax Return for Berry Kabov | | |
| 301 | 1040, 2011 Tax Return for Dalibor Kabov | JAN - 6 2017 | JAN - 6 2017 |
| 302 | 1065, 2011 Tax Return for Global Compounding Pharmacy | JAN - 9 2017 | JAN - 9 2017 |
| 303 | 1040, 2012 Tax Return for Berry Kabov | JAN - 9 2017 | JAN - 9 2017 |
| 304 | 1040, 2012 Tax Return for Dalibor Kabov | JAN - 9 2017 | JAN - 9 2017 |
| 305 | 1065, 2012 Tax Return for Global Compounding Pharmacy | JAN - 6 2017 | JAN - 6 2017 |
| 306 | 1040, 2013 Tax Return for Berry Kabov | JAN - 9 2017 | JAN - 9 2017 |

13

## UNITED STATES v. BERRY KABOV, et al.

### CR NO. 15-511(A)-DMG

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---------|-------------|-----------------|---------------|
| 307 | 1040, 2013 Tax Return for Dalibor Kabov | JAN - 9 2017 | JAN - 9 2017 |
| 308 | 1065, 2013 Tax Return for Global Compounding Pharmacy | JAN - 6 2017 | JAN - 6 2017 |
| 309 | 1040, 2014 Tax Return for Berry Kabov | JAN - 9 2017 | JAN - 9 2017 |
| 310 | 1040, 2014 Tax Return for Dalibor Kabov | | |
| 311 | 1120S, 2014 Tax Return for Global Compounding Pharmacy | JAN - 6 2017 | JAN - 6 2017 |
| | | | |
| | | | |
| **400-449 EMAILS** | | | |
| 400 | April 13, 2012 at 6:14 p.m., email from hbkbtjxhg@163.com to dkabov@gmail.com regarding steroid importation | JAN 17 2017 | JAN 17 2017 |
| 401 | April 13, 2012 at 6:20 p.m. email from dkabov@gmail.com to berrykabov@hotmail.com regarding steroid importation | JAN 17 2017 | JAN 17 2017 |
| 403 | April 13, 2012 at 6:43p.m., email from dkabov@gmail.com to hbkbtjxhg@163.com regarding steroid importation | JAN 17 2017 | JAN 17 2017 |
| 404 | April 16, 2012 at 7:59 p.m. email from hbkbtjxhg@163.com to dkabov@gmail.com regarding steroid importation | JAN 17 2017 | JAN 17 2017 |

14

UNITED STATES v. BERRY KABOV, et al.

CR NO. 15-511(A)-DMG

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 405 | April 16, 2012 at 8:26 p.m., email from dkabov@gmail.com to hbkbtjxhg@163.com regarding steroid importation | JAN 1 7 2017 | JAN 1 7 2017 |
| 406 | April 22, 2012 at 11:27 p.m., email from hbkbtjxhg@163.com to dkabov@gmail.com regarding steroid importation | JAN 1 7 2017 | JAN 1 7 2017 |
| 407 | April 25, 2012 at 6:24 p.m., email from dkabov@gmail.com to hbkbtjxhg@163.com regarding steroid importation | JAN 1 7 2017 | JAN 1 7 2017 |
| 408 | April 27, 2012 at 4:41 p.m., email from dkabov@gmail.com to hbkbtjxhg@163.com regarding steroid importation | JAN 1 7 2017 | JAN 1 7 2017 |
| 410 | August 15, 2012 at 2:29 p.m., email from the Hyatt Regency Columbus to Dalibor Kabov regarding reservation confirmation | | |
| 411 | December 25, 2011 at 12:58 p.m., forward email from Dalibor Kabov to Obai Ahmadi regarding Alaska Airlines reservation | JAN - 4 2017 | JAN - 4 2017 |
| 415 | September 2012 email attachment, image of GCP exterior | | |
| 416 | September 2012 email attachment, image of GCP lobby | | |
| 417 | September 2012 email attachment, image of GCP interior shelving | | |
| 418 | Email re advertisement | JAN 1 7 2017 | JAN 1 7 2017 |
| 419 | Email re advertisemen Part II | JAN 1 7 2017 | JAN 1 7 2017 |

15

## UNITED STATES v. BERRY KABOV, et al.

### CR NO. 15-511(A)-DMG

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 424 | March 7, 2011, at 1:41 p.m., email from Obai Ahmadi to Dalibor Kabov regarding pharmacy logos | JAN 13 2017 | JAN 13 2017 |
| 425 | April 1, 2011 at 7:19 p.m., email from Dalibor Kabov to Obai Ahmadi regarding Pharmacy Technician Certification Board practice tests (containing exhibits 428-431 as attachments) | | |
| 426 | March 31, 2011 at 7:27 p.m., email from service@paypal.com to Dalibor Kabov regarding payment to Pharma Prep | | |
| 427 | March 9, 2011 at 9:59 p.m., from PTCB.nonreply@proexam.org to Dalibor Kabov regarding PTCB thank you for submitting an application for the PTCB exam | | |
| 428 | Email attachment: PTCB Exam 1 | | |
| 429 | Email attachment: PTCB Exam 2 | | |
| 430 | Email attachment: PTCB Exam 3 | | |
| 431 | Email attachment: PTCB Exam 4 | | |
| 440 | October 22, 2012 at 2:08 p.m., email from Dalibor Kabov to Nisha Howard regarding Masters Pharmaceutical order | JAN 13 2017 | JAN 13 2017 |
| 441 | October 22, 2012 at 2:28 p.m., email from Nisha Howard to Dalibor Kabov regarding ding Masters Pharmaceutical order | JAN 13 2017 | JAN 13 2017 |

16

## UNITED STATES v. BERRY KABOV, et al.

### CR NO. 15-511(A)-DMG

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 442 | October 22, 2012 at 2:36 p.m., email from Nisha Howard to Dalibor Kabov regarding Masters Pharmaceutical order | JAN 13 2017 | JAN 13 2017 |
| 443 | November 14, 2012 at 11:26 a.m., email from Dalibor Kabov to Nisha Howard regarding Masters Pharmaceutical order | JAN 13 2017 | JAN 13 2017 |
| 445 | September 17, 2013 at 2:56 p.m., forwarded email from Berry Kabov to Dalibor Kabov regarding capsule machine | | |
| 447 | January 19, 2011 at 8:10 p.m., email from Dalibor Kabov to gpkassociates@gmail.com regarding contact information for lease of 11757 Kiowa Ave #2 apartment | | |
| 448 | October 21, 2013 at 8:58 p.m., email from Stacey Scourse to Berry Kabov regarding capsule machine | | |
| 449 | October 22, 2013 at 8:19 a.m., email from Stacey Scourse to Berry Kabov regarding Business Card | | |
| | | | |
| | | | |
| 450-499 MISC. IMAGES AND VIDEOS | | | |
| 450 | Pole camera images | JAN 13 2017 | JAN 13 2017 |
| 451 | Video from the Global Compounding Search | | |

17

## UNITED STATES v. BERRY KABOV, et al.

### CR NO. 15-511(A)-DMG

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---------|-------------|-----------------|---------------|
| 452 | Photos from the Montana Search | JAN - 6 2017 | JAN - 6 2017 |
| 453 | Images of Hard Rock Hotel Las Vegas Bowling Suite | | |
| 455 | Image of GCP Interior | JAN 1 3 2017 | JAN 2 0 2017 |
| 460 | CBP Seizure, April 2013 Images | JAN - 9 2017 | JAN - 9 2017 |
| 461 | CBP Seizure, April 2014 Images | JAN - 9 2017 | JAN - 9 2017 |
| 470 | Image of Joseph Altamirano | | |
| 471 | Image of Obaidullah Ahmadi | | |
| | | | |
| | | | |
| **500-599 SEIZED EVIDENCE** | | | |
| 501 | Berry Kabov and Dalibor Kabov business cards (Kiowa/N59) | | |
| 502 | Records regarding parcel seizure (Kiowa/N61) | JAN 1 7 2017 | JAN 1 7 2017 |
| 503 | Copy of GCP lease (Montana/N72) | | |
| 504 | Copy of Montana apartment lease (Montana/N65) | JAN - 5 2017 | JAN 2 0 2017 |
| 505 | Dalibor Kabov tax returns (Montana/N-68) | | |
| 506 | Berry Kabov tax returns (Montana/N69) | | |
| 507 | GCP tax returns (Montana/N70) | | |

18

UNITED STATES v. BERRY KABOV, et al.

CR NO. 15-511(A)-DMG

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---------|-------------|-----------------|---------------|
| 508 | Western Union record (Montana/N79) | JAN 17 2017 | JAN 17 2017 |
| 509 | Berry Kabov payroll records (Montana/N74) | | |
| 510 | Contact list (Montana/N67) | JAN - 6 2017 | JAN - 6 2017 |
| 511 | UPS records with handwritten list of names (GCP/N108) | JAN - 6 2017 | JAN 17 2017 |
| 512 | Printout of drugs dispensed (GCP/150) | | |
| 513 | Compounding logs 1 (GCP/N129) | | |
| 514 | Compounding logs 2 (GCP/N139) | | |
| 515 | Compounding logs 3 (GCP/N142) | | |
| 516 | Compounding logs 4 (GCP/N140) | | |
| 517 | Hydrocodone prescription labels with handwritten notations (GCP/N134) | | |
| 518 | UPS record excerpts (GCP/N119) | JAN 17 2017 | JAN 17 2017 |
| 519 | Seized bottle of alprazolam (Montana) | | |
| 520 | Wholesale order records (GCP/N132) | JAN - 9 2017 | JAN 13 2017 |
| 521 | Wholesale order records 2 (GCP/N100) | JAN 13 2017 | JAN 13 2017 |
| 522 | Wholesale order records 3 (GCP/N137) | JAN 13 2017 | JAN 13 2017 |
| 523 | Prescription drug logs (GCP/N134) | | |
| 524 | Bottle of oxycodone powder | JAN 17 2017 | JAN 17 2017 |
| 525 | Oxycodone tablets | JAN 17 2017 | JAN 17 2017 |

19

## UNITED STATES v. BERRY KABOV, et al.

### CR NO. 15-511(A)-DMG

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---------|-------------|-----------------|---------------|
| 526 | Bottle of hydromorphone powder | JAN 17 2017 | JAN 17 2017 |
| 527 | Bottle of hydrocodone tablets | JAN 17 2017 | JAN 17 2017 |
| 528 | Hydromorphone tablets (528.1, 528.2, 528.3) | JAN 17 2017 | JAN 17 2017 |
| 529 | Additional seized drug exhibits | | |
| 530 | Application to Auburn pharmaceutical (GCP/N95) | JAN 17 2017 | JAN 17 2017 |
| 531 | Records regarding Anda Wholesale with handwritten notations(GCP/N95) | JAN 17 2017 | JAN 17 2017 |
| 532 | Fax from Valley Wholesale (GCP/N95) | | |
| 533 | June 2012 fax regarding oxycodone orders (GCP/N110) | | |
| 534 | August 2012 fax re 20 mg oxycodone (GCP/N148) | | |
| 535 | Application to Masters Pharmaceutical (GCP/N148) | JAN 13 2017 | JAN 13 2017 |
| 536 | Printed August 2014 email from Amerisource Bergen (GCP/N71) | JAN 17 2017 | JAN 17 2017 |
| 540 | Record of May 2013 payment for importation of Chinese tablet press machine (GCP/N112) | | |
| 541 | Invoice for October 2013 purchase of capsule machine (GCP/N112) | | |
| 542 | November 2013 invoice for tablet press (GCP/N146) | JAN 17 2017 | JAN 17 2017 |

20

**UNITED STATES v. BERRY KABOV, et al.**

CR NO. 15-511(A)-DMG

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---------|-------------|-----------------|---------------|
| 543 | Printout of November 2013 payment records for tablet press (GCP/N112) | JAN 17 2017 | JAN 17 2017 |
| 544 | Blank application for authorization to import controlled substances (GCP/N145) | | |
| 545 | Gettel and Doye prescriptions | JAN 12 2017 | JAN 17 2017 |
| 546 | Adderall series July 2013 | JAN 12 2017 | JAN 17 2017 |
| 547 | Adderall series August 2013 | JAN 12 2017 | JAN 17 2017 |
| 548 | Adderall series August 2013 (2) | | |
| 549 | Oxycodone and Adderall prescriptions | JAN 13 2017 | JAN 13 2017 |
| 550 | Erica Brode prescriptions | JAN - 6 2017 | JAN 13 2017 |
| 551 | Ember DeStefani prescriptions | JAN - 6 2017 | JAN 13 2017 |
| 552 | Edwige Ligonde prescriptions | JAN - 6 2017 | JAN 13 2017 |
| 553 | Natalie Malouf prescriptions | JAN - 5 2017 | JAN 13 2017 |
| 554 | Obaidullah Ahmadi prescriptions | JAN 13 2 | JAN 13 2017 |
| 555 | Thomas Cathay prescriptions | JAN 13 2017 | JAN 13 2017 |
| 556 | Billy Forex prescriptions | JAN 13 2017 | JAN 13 2017 |
| 557 | Jennifer Tapiero prescriptions | JAN 13 2017 | JAN 13 2017 |
| 558 | Joel Tuosto prescriptions | JAN 13 2017 | JAN 13 2017 |
| 559 | Disk containing two videos extracted from N30 | JAN 17 2017 | |

21

UNITED STATES v. BERRY KABOV, et al.

CR NO. 15-511(A)-DMG

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---------|-------------|-----------------|---------------|
| 560 | Excerpt of seized prescriptions (GCP/N88) | JAN 13 2017 | JAN 13 2017 |
| 561 | Excerpt of seized prescriptions (GCP/N138) | | |
| 562 | Excerpt of seized prescriptions (GCP/N89) | AN 13 2017 | JAN 13 2017 |
| 565 | Excerpt of seized steroid prescriptions (GCP/N89) | | |
| 566 | Prescription labels (GCP/N138) | JAN 17 2017 | JAN 17 2017 |
| 567 | Prescription labels with prescriptions (GCP/N141) | | |
| 568 | Correspondence with Gary M Accountancy Corp (GCP/N119) | | |
| 569 | Printout of restaurant expenditures (Montana/N81) | | |
| 570 | Faxes regarding private jets (GCP/N148) | | |
| 571 | N31 Text messages with "Joseph Altamarono" | JAN 17 2017 | JAN 17 2017 |
| 572 | N31 Timeline entries re August 2012 Columbus trip | JAN 17 2017 | JAN 17 2017 |
| 573 | N31 text messages regarding tableting machine | | |
| 574 | N31 December 12, 2013 text message with redacted attached image | JAN 17 2017 | JAN 17 2017 Redact Image |

564  Seized prescriptions from Global    JAN 17 2017    JAN 17 2017

## UNITED STATES v. BERRY KABOV, et al.

### CR NO. 15-511(A)-DMG

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 575 | N30 texts messages re August 2012 Columbus trip | JAN 17 2017 | JAN 17 2017 |
| 576 | N30 text messages regarding inspections | | |
| 577 | N30 text messages regarding tableting machine | | |
| 578 | N46 China testosterone price list | JAN 17 2017 | JAN 17 2017 |
| 580 | N30 - March 29, 2013, Text Message from C Doye to B Kabov | | |
| 581 | N30 - April 1, 2013, Text Messages between C Doye with B Kabov | JAN 17 2017 | JAN 17 2017 |
| 582 | N30 - April 3, 2013, Text Message from C Gettel to B Kabov | | |
| 583 | N30 - April 6, 2013, Text Messages between C Doye with B Kabov | | |
| 584 | N30 - April 6, 2013, Text Messages between C Gettel and B Kabov | JAN 17 2017 | JAN 17 2017 |
| 585 | N30 - May 1, 2013, Text Messages between C Gettel and B Kabov | JAN 12 2017 | JAN 12 2017 |
| 586 | N30 - May 7, 2013, Text Messages between C Doye with B Kabov | JAN 17 2017 | JAN 17 2017 |
| 587 | N30 - May 8, 2013, Text Messages between C Doye with B Kabov | JAN 17 2017 | JAN 17 2017 |
| 588 | N30 - May 10, 2013, Text Messages between C Doye with B Kabov | | |

620  Demonstrative Currency Conversion      JAN 19 201

23

**UNITED STATES v. BERRY KABOV, et al.**

CR NO. 15-511(A)-DMG

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 589 | N30 - Screenshot of August 17, 2013, Text Message from C Doye to B Kabov | | |
| 590 | N30 - November 9, 2013, Text Message from C Gettel to B Kabov | | |
| 591 | N30 - December 9, 2013, Text Message from C Gettel to B Kabov | JAN 1 2 2017 | JAN 1 2 2017 |
| 592 | N30 - December 12, 2013, Text Messages between C Gettel and B Kabov | JAN 1 2 2017 | JAN 1 2 2017 |
| 593 | N31 - March 13, 2014, Call Log D Kabov to C Gettel | | |
| 594 | N31 - June 10, 2014, Text Messages between C Gettel and D Kabov | | |
| 595 | N31 - June 17, 2014, Text Messages between C Gettel and D Kabov | | |
| 596 | N30 - Text message regarding Richard Regan | | |
| 597 | N30 - Texts regarding April 2013 delivery to Gettel | JAN 1 7 2017 | JAN 1 7 2017 |
| 598 | N30 Texts regarding December 12, 2013 Hard Rock Hotel party | JAN 1 2 2017 | JAN 1 7 2017 |
| 599 | Record regarding March 2012 purchase from Bud's Automotive (Montana/N66) | | |
| 600 | Avia Hotel Records, Berry Kabov | JAN 1 1 2017 | JAN 1 1 2017 |
| 601 | Avia Hotel Records, Dalibor Kabov | JAN 1 1 2017 | JAN 1 1 2017 |
| 602 | Custodian of Records, Declaration | | |
| 603 | AMEX Bank Statements 12/2011 - 1/2012 | JAN 1 1 2017 | JAN 1 1 2017 |
| 604 | Wells Fargo Bank Statements 12/2011 - 1/2012 | JAN 1 1 2017 | JAN 1 1 2017 |
| 605 | Check to Michael Lowe 1/9/12 | JAN 1 7 2017 | JAN 1 7 2017 |
| 610 | Map of Dalibor Kabov's coordinates | JAN 1 7 2017 | JAN 1 7 2017 |
| 611 | DEA Registration for Westside Pharmacy | JAN 1 7 2017 | JAN 1 7 2017 |
| 612 | Declaration of Certificate of Records (DEA reg) | | |
| 613 | Extration N-30 cell phone | JAN 1 7 2017 | JAN 1 7 2017 |

**United States v. Berry Kabov and Dalibor Kabov**
**CR 15-511-DMG**
**DEFENSE EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | DEFENDANT | DATE IDENT. | DATE IN EVID. |
|---|---|---|---|---|
| 1 | Cures Rejection Notifications | | JAN 2 0 2017 | |
| 2 | RX 30/ Cures Letter | | | |
| 3 | Summary of Certain CII's Orders | | | |
| 4 | Return of 63 Bottles Oxycodone to McKesson | | JAN - 4 2017 | |
| 5 | Summary of Dispensed CII's | | | |
| 6 | Erica Brode/ Report of Dispensed Medication | | JAN 1 8 2017 | JAN 2 0 2017 |
| 7 | Erica Brode/ Signature Log | | JAN 1 8 2017 | JAN 1 8 2017 |
| 8 | Edwige Ligonde/ Report of Dispensed Medication | | JAN 1 8 2017 | JAN 2 0 2017 |
| 9 | Edwige Ligonde/ Signature Log | | JAN 1 8 2017 | JAN 1 8 2017 |
| 10 | Natalie Malouf/ Report of Dispensed Medication | | JAN 1 8 2017 | AN 2 0 2017 |
| 11 | Natalie Malouf/ Signature Log | | JAN 1 8 2017 | JAN 1 8 2017 |
| 12 | Ember Destefani/ Report of Dispensed Medication | | JAN 1 8 2017 | JAN 2 0 2017 |
| 13 | Ember Destefani/ Signature Log | | JAN 1 8 2017 | JAN 1 8 2017 |
| 14 | Court Gettel's Prescriptions | | | |
| 15 | Cash Doye Prescription Reports | | | |
| 16 | Dimka Kabov's Business Records p. 108,109,112,113,114,116,117,110,111, 2-5 | | JAN 1 8 2017 | JAN 1 8 2017 |
| 17 | Email Global and Gettel 12/4/13 | | JAN 1 3 2017 | JAN 1 3 2017 |
| 18 | MasterCard CC receipts | | JAN 1 3 2017 | JAN 1 3 2017 |
| 19 | Text Messages Dalibor - Gettel 7/4/14 | | JAN 1 3 2017 | AN 1 3 2017 |
| 20 | Wells Fargo Chashier's Check/ No. 0032200136/ $29,000.00 | | | |

1

**United States v. Berry Kabov and Dalibor Kabov**
**CR 15-511-DMG**
**DEFENSE EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | DEFENDANT | DATE IDENT. | DATE IN EVID. |
|---|---|---|---|---|
| 21 | Drug Report—Amphetamine Salts 30MG 04/01/12-12/30/16 | | JAN 10 2017 | JAN 19 2017 |
| 22 | Drug Report—Hydrocodon-APAP 10-325 04/01/12-12/30/16 | | JAN 10 2017 | JAN 19 2017 |
| 23 | Drug Report—Hydromorphone 4MG 04/01/12-12/30/16 | | JAN 10 2017 | JAN 19 2017 |
| 24 | Drug Report—Oxycodone HCL 20MG 04/01/12-12/30/16 | | JAN 10 2017 | JAN 19 2017 |
| 25 | Drug Report—Oxycodone HCL 30MG 04/01/12-12/30/16 | | JAN 10 2017 | JAN 19 2017 |
| 26 | Drug Report—Hydrocodon-APAP 5-500 04/01/12-01/02/17 | | JAN 10 2017 | JAN 19 2017 |
| 27 | Drug Report—Hydrocodon-APAP 10-500 04/01/12-01/02/17 | | JAN 10 2017 | JAN 19 2017 |
| 28 | Drug Report—Hydrocodon-APAP 7.5-750 04/01/12-01/02/17 | | JAN 10 2017 | JAN 19 2017 |
| 29A | List of Undercover Phone Calls | | JAN - 4 2017 | JAN - 5 2017 |
| 29B | Call Log of CDI | | JAN - 4 2017 | JAN - 5 2017 |
| 30A | Transcripts of Track 1 | | JAN - 4 2017 | JAN - 5 2017 |
| 30B | Transcripts of Track 2 | | | |
| 30C | Transcripts of Track 3 | | | |
| 30D | Transcripts of Track 4 | | JAN - 5 2017 | JAN - 5 2017 |
| 30E | Transcripts of Track 5 | | | |
| 30F | Transcripts of Track 6 | | | |
| 30G | Transcripts of Track 7 | | | |
| 30H | Transcripts of Track 8 | | | |
| 30I | Transcripts of Track 9 | | | |
| 30J | Transcripts of Track 10 | | | |

2

| | | | | |
|---|---|---|---|---|
| **30K** | Transcripts of Track 11 | | | |
| **30L** | Transcripts of Track 12 | | | |
| **30M** | Transcripts of Track 13 | | | |
| **30N** | Transcripts of Track 14 | | | |
| **30O** | Transcripts of Track 15 | | | |
| **30P** | Transcripts of Track 16 | | | |
| **30Q** | Transcripts of Track 17 | | | |
| **30R** | Transcripts of Track 18 | | | |
| **30S** | Transcripts of Track 19 | | | |
| **30T** | Transcripts of Track 20 | | | |
| **30U** | Transcripts of Track 21 | | | |
| **30V** | Transcripts of Track 22 | | | |
| **30W** | Transcripts of Track 23 | | | |
| **30X** | Transcripts of Track 24 | | | |
| **30Y** | Transcripts of Track 25 | | | |
| **30Z** | Transcripts of Track 26 | | | |
| **30AA** | Transcripts of Track 27 | | | |
| **30BB** | Transcripts of Track 28 | | | |
| **30CC** | Transcripts of Track 29 | | | |
| **31** | Wells Fargo 8/2/11 Cashier's Check for $10,785.00 & 8/2/11 Withdrawl slip $10,785 | | | |
| 32 | Latent Prit on I50000622564 Get Well Soon Card | JAN - 5 2017 | | |
| 33 | List of Marked Bills total $3,000 | JAN - 5 2017 | JAN - 5 2017 | |
| 34 | photos of packages, pills, search warrant, and inventory (shipped from Santa Monica) | JAN - 6 2017 | JAN - 6 20 | |
| 35 | Audio Martins + Kniece track 18 duration 6.48am | JAN - 6 20 | JAN - 6 2017 | |

3

36  Invoices Global-Valley Wholesale Sept. 2013                         JAN - 9 2017    JAN - 9 2017

37  2012 POS for Global Compounding                              JAN 10 2017

38  2013 POS for Global Compounding                              JAN 10 2017

39  2014 POS for Global Compounding                              JAN 10 2017

40  Rough Draft of Gov't Exh 37                                  JAN 11 2017    JAN 11 2017

41  Disciplinary Guidelines                                      JAN 11 2017

42  Patient IRS Statement 1/12/17                                JAN 13 2017    JAN 13 2017

43  Plea Agreement (AZ) Courtland Gettel

44  Plea Agreement (CA) Courtland Gettel

45  Email Court Gettel and Dalibor Kabov                         JAN 13 2017

46  Picture of Global back door                                  JAN 19 2017    JAN 19 2017

47  Picture of Global garage                                     JAN 19 2017    JAN 19 2017

48  Hutchinson's Summary of Cures                                JAN 19 2017    JAN 19 2017

49  Excel Summary month-to-month (Hutchinson)    JAN 19 2017    JAN 19 2017

73  2012-2014 Hutchinson Rx30 Summary                           JAN 19 2017    JAN 19 2017

74  Hutchinson Chart Dollar Value of Drugs Dispensed            JAN 19 2017    JAN 19 2017

75  Photo area of DVR in Global                                  JAN 19 2017    JAN 19 2017

76  Photo area of Controlled Medication Counter    JAN 19 2017    JAN 19 2017

77  Drawing of layout of Global (Demostrative)    JAN 19 2017

78  Summary Pills Aquired vs. Dispensed 4/12012-10/2014    JAN 19 2017    JAN 19 2017

**United States v. Berry Kabov and Dalibor Kabov**
**CR 15-511-DMG**
**DEFENSE EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | DEFENDANT | DATE IDENT. | DATE IN EVID. |
|---|---|---|---|---|
| 50 | Building Plans | | JAN 1 8 2017 | JAN 1 8 2017 |
| 50.1 | Building Plans | | JAN 1 8 2017 | 1 8 2017 |
| 50.2 | Building Plans | | 1 8 2017 | AN 1 8 2017 |
| 50.3 | Building Plans | | JAN 1 8 2017 | JAN 1 8 2017 |
| 50.4 | Building Plans | | JAN 1 8 2017 | JAN 1 8 2017 |
| 50.5 | Building Plans | | JAN 1 8 2017 | JAN 1 8 2017 |
| 50.6 | Building Plans | | JAN 1 8 2017 | JAN 1 8 2017 |
| 50.7 | Building Plans | | JAN 1 8 2017 | JAN 1 8 2017 |
| 50.8 | Building Plans | | JAN 1 8 2017 | JAN 1 8 2017 |
| 50.9 | Building Plans | | JAN 1 8 2017 | JAN 1 8 2017 |
| 50.10 | Building Plans | | JAN 1 8 2017 | JAN 1 8 2017 |
| 50.11 | Building Plans | | JAN 1 8 2017 | JAN 1 8 2017 |
| 50.12 | Building Plans | | JAN 1 8 2017 | JAN 1 8 2017 |
| 50.13 | Building Plans | | JAN 1 8 2017 | JAN 1 8 2017 |
| 51 | Summary of building, prices in Euros and Deutschmarks | | | |
| 52 | Agreement with Mile Jovic | | | |
| 53 | Agreement with Ranko Radicevic | | | |
| 54 | Agreement with Pedrag Ognjenovic | | | |
| 55 | Agreement w/ Branislav Damjanovic | | | |
| 56 | Design Plans | | | |

1

## United States v. Berry Kabov and Dalibor Kabov
## CR 15-511-DMG
## DEFENSE EXHIBIT LIST

| EXHIBIT | DESCRIPTION | DEFENDANT | DATE IDENT. | DATE IN EVID. |
|---|---|---|---|---|
| 57 | Exchange Euros | | | |
| 58 | Exchange German marks | | | |
| 59 | Accounting documents/ Global Compounding | | JAN 19 2017 | JAN 19 2017 |
| 60 | Bank Deposits Summary/ Business Accounts Only | | JAN 18 2017 | JAN 19 2017 |
| 61 | MRI | | | |
| 62 | Global Compounding Reconciliation | | JAN 19 2017 | JAN 20 2017 |
| 63 | A4M Antiaging Convention | | JAN 20 2017 | JAN 20 2017 |
| 64 | CURES | | JAN 17 2017 | JAN 17 2017 |
| 65 | Dinka Kabova Hospital Picture | | JAN 19 2017 | JAN 19 2017 |
| 66 | Dinka Kabova Diplomas (2) | | JAN 18 2017 | JAN 18 2017 |
| 67 | Dinka Kabova Architecture License | | JAN 18 2017 | JAN 18 2017 |
| 68 | Dinka Kabava Authorization to Draft | | JAN 18 2017 | JAN 18 2017 |
| 69 | Dinka Kabova Certificate Civil Engineering | | JAN 18 2017 | JAN 18 2017 |
| 70 | Dinka Kabova Deployed Construction Work | | JAN 18 2017 | JAN 18 2017 |
| 71 | Demonstration of Dinka drawing | | JAN 18 2017 | |
| 72 | Report re prescription #51061-1066 | | JAN 20 2017 | JAN 20 2017 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

2

| Witnesses |
|---|
| **CASE AGENTS** |
| Kevin Buntrock JAN 13 2017 JAN 17 2017 JAN 18 2017 |
| JAN 11 2017 Carlos Tropea  JAN - 6 2017 JAN - 9 2017 JAN 10 2017 |
| Daniel Johnson JAN - 4 2017 JAN - 5 2017 JAN - 6 2017 |
| **ARCOS/CURES** |
| Nancy Jackson JAN - 4 2017 |
| Tina Farales JAN - 4 2017 |
| **PHARMACY BOARD INSPECTORS** |
| Anna Kalantar JAN 11 2017 |
| De'Bora White JAN 11 2017 |
| Moneet Kaur JAN - 6 2017 |
| **EXPERT/CHEMIST WITNESSES** |
| Spencer Shelton JAN - 4 2017 |
| Janice Dang JAN 12 2017 |
| Angela Pratt JAN - 5 2017 |
| Zhana Bujko JAN - 4 2017 |
| Dale Forrester |
| Susan Ziegler |
| Trevor Equist |
| Jason Bordelon |
| Kathryn Stevens |
| Sherilyn Lee JAN - 9 2017 |
| Todd Davis |

3

| Witnesses |
| --- |
| SEIZING AGENTS and CHAIN OF CUSTODY |
| David White  JAN - 6 2017 |
| Joel Ellington  JAN - 4 2017 |
| Zack Bennett  JAN - 9 2017 |
| Lisa Troncoso  JAN - 6 2017 |
| Alma Tong  JAN 1 0 2017 |
| Eva Lew  JAN 1 0 2017 |
| LAY WITNESSES |
| Courtland Gettel  JAN 1 2 2017 |
| Erica Brode  JAN - 6 2017 |
| Ediwge Ligonde  JAN - 6 2017 |
| Ember Destefani  JAN - 6 2017 |
| Natalie Malouf Sites  JAN - 5 20.. |
| Gary Margolis  JAN 1 7 2017 |
| Nicholas Matteoli  JAN - 9 2017 |

Rahilka Kukurvska  JAN 1 8 2017

Dimka Kabova  JAN 1 8 2017  JAN 1 9 2017

Patricia Hutchinson  JAN 1 9 2017

Michelle Weeks  JAN 1 9 2017  JAN 2 0 2017

4